Case 5:19-cr-50092-TLB   Document 1   Filed 08/27/19   Page 1 of 3 PageID #: 1

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Aug 27, 2019
OFFICE OF THE CLERK

In The Circuit Court Of Washington County, Arkansas
6th Division

State of Arkansas                           Plantiff

vs,            Case No. 72CR-09-1230-6

Ricky Ray Anderson                          Defendant

### Notice To Clerk Of Filing Of Notice Of Removal

To: Clerk of Court and Counsel for Plantiff

Pursuant to 28 U.S.C.A. 1446(d) and 1443(1), and 18 U.S.C.A. 3600, Defendant files herewith a true copy of the Notice Of Removal previously filed in the United States District Court for the Western District of Arkansas and a true copy of

1

the Notice of Filing of Notice of Removal.

By: Ricky Anderson #148461
Ricky Ray Anderson #
Maximum Security Unit
2501 State Farm Rd.
Tucker, AR 72168

Date: ~~8-19-19~~
August 21, 2019.

2

Ricky Anderson #1484467
2501 State Farm Rd.
Tucker, AR 72168-

Legal Mail

U.S. District Court Cl[erk]
35 East Mountain St, Room
Fayetteville, AR 72701-5354